989 F.2d 486
 Beehler (Pauletta), Wiggins (Sharon), Smith (Patricia),
Anderson (Toni), Scott (Marie)
v.
Lehman (Joseph D.), (Substituted for Jeffes [Glenn], Marks
[Ronald]), Leftridge Byrd (Mary V.), (Substituted for
Goolsby [Ann]), Patton (David E.), (Substituted for Bell
[Harvey]), Kerestes (John M.), (Substituted for Hill
[Carolyn]), Hartz (Leo M., M.D.), (Substituted for Nierle
[Richard, M.D.]), Wilburn (Robert C.)
 NO. 92-7391
 United States Court of Appeals,
Third Circuit.
 Feb 08, 1993
 
 Appeal From: M.D.Pa.,
 Kosik, J.
 
 
 1
 AFFIRMED.